BAC Home Loans Servicing, LP v. Texas Realty Holdings, LLC, et al.
Case No. **H-09-2539**

United States Courts
Southern District of Texas
FILED

## PROOF OF SERVICE

NOV 1 2 2009

Clerk of Court

This summons for **Charles Cowin** was received by me on (date) October 30, 2009.

☒ I personally served the summons on the individual at (place) 1115 Congress Street, Houston, TX 77002 on (date) 11/03/09 @ 12:49 P.M.; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; of

☐ I returned the summons unexecuted because _____; or

☐ Other (specify)
_____

My fees are $ 90.00 for travel and $ 0 for services, for a total of $ 90.00.

I declare under penalty of perjury that this information is true.

DATE: November 6, 2009

Server's signature

Marcos Lardizabal - SCH768 / Process Server
Printed name and title

PO Box 841202, Houston, TX 77284
Server's address

{42700199;1}

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>v.<br><br>TEXAS REALTY HOLDINGS, LLC, LANCE KERNESS; DAMPKRING, LLC; BRIEN WEST; G.P. MATHERNE; SUSAN SHEN, TERRY H. SEARS, NANCY GROVES, JENNIFER TRAN, NEW CENTURY PROPERTIES, LLC, CHARLES COWIN, NICK TRAN, and ABE MOSS.<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § §   H-09-2539<br><br>Case No. _____ |

## SUMMONS IN A CIVIL ACTION

TO:   Charles Cowin
      3333 Allen Parkway, Unit 2801
      Houston, Texas 77019

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

C. Charles Townsend
AKERMAN SENTERFITT, LLP
Plaza of the Americas, Suite S1900
600 North Pearl Street
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

CLERK OF COURT

DATE:  AUG 1 0 2009

_____
Signature of Clerk or Deputy Clerk

{42700199;1}