UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BAC HOME LOANS SERVICING, LP | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| TEXAS REALTY HOLDINGS, LLC, LANCE KERNESS; DAMPKRING, LLC; BRIEN WEST; G.P. MATHERNE; SUSAN SHEN, ANNIE LEE, TERRY H. SEARS, NANCY GROVES, JENNIFER TRAN, NEW CENTURY PROPERTIES, LLC, CHARLES COWIN, AND NICK TRAN, | § § § § § § § § § § § § | Case No. 4:09-cv-02539<br><br>JURY DEMANDED |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF CUONG M. LE AS ATTORNEY-IN-CHARGE FOR DEFENDANT ANNIE LEE

TO THE HONORABLE COURT:

1. Please take notice that Cuong M. Le of the Law Office of Cuong M. Le, PLLC hereby appears as attorney-in-charge for Defendant Annie Lee. Mr. Le's contact information and his Texas and Southern District of Texas bar numbers appear below.

2. This appearance is made subject to and without waiving any defense of lack of jurisdiction over Defendant Annie Lee, improper venue, insufficiency of process, or insufficiency of service of process.

Respectfully submitted,

LAW OFFICE OF CUONG M. LE, PLLC

By: _____

Cuong M. Le
Texas State Bar # 24042930
Federal Id. # 616102

10827 Bellaire Blvd., Suite 200
Houston, Texas 77072
Ph:  (281) 495 - 2510
Fax: (281) 495 - 2539
Email:  cle@houstontxlawfirm.com

**Attorney-In-Charge for Defendant Annie Lee**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all known attorneys of record of all parties in the above cause via ECF, facsimile, and/or certified mail return receipt requested on this 17th day of November 2009:

_____
**Cuong M. Le**