# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BAC HOME LOANS SERVICING, LP<br><br>　　　Plaintiff,<br><br>v.<br><br><br>TEXAS REALTY HOLDINGS, LLC, et al.,<br><br>　　　Defendants. | § § § § § § § § § § § § § § | Case No. 4:09-CV-2539 |

### DECLARATION OF JOSHUA J. BENNETT

I, Joshua J. Bennett, declare as follows:

1. The facts stated in this declaration are known to me of my own personal knowledge. If called as a witness, I would and could competently testify thereto.

2. I am an associate at the law firm of Akerman Senterfitt and assist in the representation of BAC Home Loans Servicing, LP in the case styled *BAC Home Loans Servicing, LP v. Texas Realty Holdings, LP., et al.*, No. 09-CV-2539.

3. I have assisted in the prosecution of this action on BAC's behalf which has included attempting to serve the defendants in this action, including defendants Susan Shen, Nancy Groves, Brien West, and Dampkring.

4. No physical address for Groves could be located. So I requested that a copy of the complaint and a summons be served on her via certified mail return receipt requested to P.O. Box 740969, Houston, Texas. Groves indicated this address was her address in the Deed of

Trust she entered with Defendant Dampkring,[1] and in the current records of the Harris County Appraisal District.[2] Nonetheless, the package was returned undelivered roughly thirty days later.

5.   When this action was filed, I arranged for personal service to be served on Shen, West, and Dampkring, but by the end of August, those efforts proved unsuccessful. Defendants Shen, West, and Dampkring evaded all attempts at personal service. So I was required to find another means of service to ensure the defendants were served effectively.

6.   During the months of September and October, I consulted often with the counsel of other plaintiffs waging similar actions against these same defendants to obtain further information as to how effective service could be made on defendants Groves, Shen, West, and Dampkring. Yet, this effort yielded no information that would have allowed us to obtain service on those defendants.

7.   I then arranged for a process server to attend a homeowner's association foreclosure sale to serve process on Groves and other defendants. But Groves could not be located at the sale. I then obtained background checks on Groves, which yielded no useful results. So, on November 24, 2009, I again attempted to serve Groves via certified mail return receipt requested to P.O. Box 740969. I am currently waiting for confirmation as to whether Ms. Groves accepted delivery of that package.

I declare under penalty of perjury under the laws of the state of Texas that the foregoing is true and correct.

Executed December 4, 2009 in Dallas, Texas.

_____
Declarant

---

[1] Deed of Trust at 1, attached hereto as **Exhibit A-1**.
[2] Harris County Appraisal District Real Property Account Information, attached hereto as **Exhibit A-2**.

2

# EXHIBIT A-1

NOTICE OF CONFIDENTIALITY RIGHTS; IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVERS LICENSE.

## DEED OF TRUST

Date: August 27, 2007

Grantor: NANCY GROVES

Grantor's Mailing Address: P O Box 740969
Houston, Harris County, Texas 77274

Trustee: G. P. Matherne

Trustee's Mailing Address (including county): PO Box 547
Spring, Harris Co., TX 77383

Beneficiary: DAMPKRING, LLC

Beneficiary's Mailing Address (including county): 10220 Memorial Dr.# 145
Houston, Harris County TX 77024

Ad Valorem Tax Transfer:

Date: As determined by the taxing jurisdiction.

Amount: $ 6,642.86

Transferor: NANCY GROVES

Transferee: DAMPKRING, LLC

Final Maturity Date: August 31, 2010

Transfer Costs and Attorney Fees: $ 750.00

Final Maturity Date September 6, 2007

Terms of Payment: As therein provided

Property (including any improvements):

Condominium Unit, limited common elements appurtenant thereto. Together with an undivided interest in and to the general common elements located in and being a part of PARAMOUNT LOFTS CONDOMINIUM, a Condominium Project located, delineated and defined in the condominium declaration, survey plats, by-laws and exhibits attached

20070535139
08/31/2007 RP1 $32.00

2007 AUG 31 AM 9:25
FILED
COUNTY CLERK
HARRIS COUNTY, TEXAS

**EXHIBIT A-2**

HARRIS COUNTY APPRAISAL DISTRICT  
REAL PROPERTY ACCOUNT INFORMATION  
1217630010029

Tax Year: 2009

🖨 Print

| Owner and Property Information ||||
|---|---|---|---|
| Owner Name & Mailing Address: | GROVES NANCY<br>PO BOX 740969<br>HOUSTON TX 77274-0969 | Legal Description:<br>Property Address: | LT 29 BLK 1<br>LAKES ON ELDRIDGE NORTH SEC 9<br>12414 LAGO BEND LN<br>HOUSTON TX 77041 |

| State Class Code | Land Use Code | Land Area | Total Living Area | Neighborhood | Map Facet | Key Map® |
|---|---|---|---|---|---|---|
| A1 -- Real, Residential, Single-Family | 1001 -- Residential Improved | 9,983 SF | 4,106 SF | 88.06 | 4861A | 409W |

### Value Status Information

| Capped Account | Value Status | Notice Date | Shared CAD |
|---|---|---|---|
| No | Noticed | 3/31/2009 | No |

### Exemptions and Jurisdictions

| Exemption Type | Districts | Jurisdictions | ARB Status | 2008 Rate | 2009 Rate |
|---|---|---|---|---|---|
| None | 004 | CYPRESS-FAIRBANKS ISD | Certified: 08/21/2009 | 1.350000 | 1.410000 |
|  | 040 | HARRIS COUNTY | Certified: 08/21/2009 | 0.389230 | 0.392240 |
|  | 041 | HARRIS CO FLOOD CNTRL | Certified: 08/21/2009 | 0.030860 | 0.029220 |
|  | 042 | PORT OF HOUSTON AUTHY | Certified: 08/21/2009 | 0.017730 | 0.016360 |
|  | 043 | HARRIS CO HOSP DIST | Certified: 08/21/2009 | 0.192160 | 0.192160 |
|  | 044 | HARRIS CO EDUC DEPT | Certified: 08/21/2009 | 0.005840 | 0.006050 |
|  | 045 | LONE STAR COLLEGE SYS | Certified: 08/21/2009 | 0.110100 | 0.110100 |
|  | 520 | HC MUD 370 | Certified: 08/21/2009 | 0.480000 | 0.480000 |
|  | 633 | HC EMERG SRV DIST 9 | Certified: 08/21/2009 | 0.059130 | 0.060000 |

### Valuations

| | 2008 Value || 2009 Value ||
|---|---|---|---|---|
| | Market | Appraised | Market | Appraised |
| Land | 54,906 | | Land 54,906 | |
| Improvement | 373,046 | | Improvement 373,046 | |
| Total | 427,952 | 427,952 | Total 427,952 | 427,952 |

### Land

| Market Value Land |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| Line | Description | Site Code | Unit Type | Units | Size Factor | Site Factor | Appr O/R Factor | Appr O/R Reason | Total Adj | Unit Price | Adj Unit Price | Value |
| 1 | 1001 -- Res Imprvd Table Val | SF1 | SF | 9,983 | 1.00 | 1.00 | 1.00 | -- | 1.00 | 5.50 | 5.50 | 54,907 |

### Building

| Building | Year Built | Type | Style | Quality | Impr Sq Ft | Building Details |
|---|---|---|---|---|---|---|
| 1 | 2001 | Residential Single Family | Residential 1 Family | Good | 4,106 * | Displayed |

\* All HCAD residential building measurements are done from the exterior, with individual measurements rounded to the closest foot. This measurement includes all closet space, hallways, and interior staircases. Attached garages are not included in the square footage of living area, but valued separately. Living area above *attached* garages is included in the square footage living area of the dwelling. Living area above *detached* garages is not included in the square footage living area of the dwelling but is valued separately. This method is used on all residential properties in Harris County to ensure the uniformity of square footage of living area measurements district-wide. There can be a reasonable variance between the HCAD square footage and your square footage measurement, especially if your square footage measurement was an interior measurement or an exterior measurement to the inch.

### Building Details (1)

| Building Data || Building Areas ||
|---|---|---|---|
| Element | Detail | Description | Area |
| Cond / Desir / Util | Average | BASE AREA PRI | 1,234 |
| Foundation Type | Slab | CARPORT PRI | 361 |
| Grade Adjustment | B+ | MAS/BRK GARAGE PRI | 227 |
| Heating / AC | Central Heat/AC | MAS/BRK GARAGE PRI | 191 |
| Physical Condition | Average | ONE STORY MAS PRI | 308 |
| Exterior Wall | Frame / Concrete Blk | OPEN MAS PORCH PRI | 103 |
| Exterior Wall | Brick / Masonry | ONE STORY MAS PRI | 1,004 |
| Element | Units | ONE STORY FRAME PRI | 99 |
| Room: Total | 10 | OPEN MAS PORCH PRI | 72 |

# EXHIBIT B

CAUSE NO. <u>H-09-2539</u>

| | | |
|---|---|---|
| **BAC HOME LOANS SERVICING, LP** | § § § § | **US DISTRICT COURT** |
| **VS.** | § § § § | **SOUTHERN DISTRICT** |
| **TEXAS REALTY HOLDINGS, LLC, ET AL** | § § § | **OF TEXAS** |

**SWORN AFFIDAVIT FOR SUBSTITUTE SERVICE**

My name is <u>DONNIE MORELAND, SCH1655</u>. I am a process server, and authorized to serve process in this cause. I am over the age of eighteen (18) years, of sound mind, and am not a party to nor interested in the outcome of this cause and am competent to testify to the facts in this affidavit, which are based on personal knowledge and are true.

I have attempted to deliver a true copy of the Summons, Plaintiff's Original Complaint, Order for Conference And Disclosure Of Interested Parties and Civil Cover Sheet With Exhibits in this cause upon SUSAN SHEN at OWNER, RENTAL PROPERTY - 6007 MEMORIAL DR., # 202, HOUSTON, TX 77007 on the following dates and times:

| | |
|---|---|
| 08/14/2009 @ 4:20 PM - | BAD ADDRESS. I attempted service at 6007 Memorial Dr., #202, Houston, TX. Current resident, female, would not open door, said she is renting the property and did not know where Susan Shen lives but that Susan Shen is the owner. |
| 08/15/2009 @ 8:32 AM - | BAD ADDRESS. I attempted service aqt 5300 N. Braeswood, Houston, TX. Address is a shopping center. |
| 08/17/2009 @ 7:58 AM - | NO ANSWER AT DOOR. I attempted service at 2615 Parkbriar Lane, Pearland, TX. No answer at door, no vehicles, house has a garage, childrens toys in front. No answer at neighbors. |
| 08/18/2009 @ 11:30 AM - | NO ANSWER AT DOOR. I attempted service at 2615 Parkbriar Lane, Pearland, TX. No answer at door, no vehicles, neighbor in 2616 (bm, 60, 6', 180, black hair, glasses) confirmed Susan Shen lives in 2615 and said she is home at different times of the day. Left notice. |
| 08/21/2009 @ 7:40 PM - | NO ANSWER AT DOOR. I attempted service at 2615 Parkbriar Lane, Pearland, TX. No answer at door, no vehicles, left notice. |
| 08/22/2009 @ 6:43 PM - | NO ANSWER AT DOOR. I attempted service at 2615 Parkbriar Lane, |

|  |  |
|---|---|
|  | Pearland, TX. No answer at door, no vehicles, left notice. |
| 08/24/2009 @ 8:22 PM - | NO ANSWER AT DOOR. I attempted service at 2615 Parkbriar Lane, Pearland, TX. No answer at door, no vehicles, lights on, neighbor in 2619 said she saw Susan Shen come home and she should be inside, left notice. |
| 08/26/2009 @ 2:59 PM - | NO ANSWER AT DOOR. I attempted service at 2615 Parkbriar Lane, Pearland, TX. No answer at door, no vehicles, left notice. |

I have made sufficent investigation of the premises and am satisfied that such place is the usual place of abode / place of business. It is my opinion that it is impractical to serve the defendant personally.

I believe the most effective way to give the actual notice of the Summons, Plaintiff's Original Complaint, Order for Conference And Disclosure Of Interested Parties and Civil Cover Sheet With Exhibits is to deliver them by the following substitue method:

__X__ By posting to the front door or gate at the above address.
__X__ By delivering to anyone over sixteen (16) years of age at the above address.
_____ By first class U.S. mail, without requiring any signed receipt for actual delivery, to the above address, addressed to the party to be delivered.

**AFFIANT**

STATE OF TEXAS }

Before me, the undersign authority, personally appeared the above named affiant, who being first duly sworn, stated that the above stated facts are true and correct, and subscribed the same before me on this ___4th___ day of ___September___, 2009.

**NOTARY PUBLIC**

P HERMAN STUART
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 24, 2012

CLSS - NationWide Service Center (NWSC)
2522 Lower Mason Creek Road
Bandera, Texas 78003

# EXHIBIT C

CAUSE NO.: **H-09-2539**

| | | |
|---|---|---|
| **BAC HOME LOANS SERVICING, LP** | § § § | **US DISTRICT COURT** |
| **VS.** | § § § § | **SOUTHERN DISTRICT** |
| **TEXAS REALTY HOLDINGS, LLC, ET AL** | § § | **OF TEXAS** |

### AFFIDAVIT of DUE DILIGENCE

My name is **DONNIE MORELAND, SCH1655**. I am over the age of eighteen (18). I have never been convicted of a felony or a crime of moral turpitude. I am competent to make these statements contained in this affidavit.

I was assigned to deliver process in the above styled case and cause upon the below-named defendant at the usual place of abode:

> BRIEN WEST
> 7922 S. WELLINGTON COURT
> HOUSTON, TX 77055

The following efforts to deliver to the defendant a true copy of the Summons, Plaintiff's Original Complaint, Jury Demand, Order for Conference And Disclosure Of Interested Parties and Civil Cover Sheet With Exhibits on the following date(s) with stated results:

| | |
|---|---|
| 08/15/2009 @ 8:19 PM - | I attempted service at 7922 S. Wellington Ct., Houston. No vehicles. Doormat says "Come back with a warrant". House is registered to Catherine A. West. When previously trying to serve Brien West I spoke to a neighbor in 7926 said Brien West lives in 7922. Under two seperate court cases I attempted to serve Brien West at both 10220 Memorial Drive, #145, Houston, TX 77055 and 7922 Wellington Court, Houston, TX 77055 and discovered that Brien West had moved from the Memorial Drive address over one year ago and the property manager did not have any forwarding information for Brien West. |
| 08/17/2009 @ 8:10 AM - | No answer at door, no vehicles, left notice. |
| 08/19/2009 @ 7:02 PM - | No answer at door, lights on inside, someone walked past the door but would not open, no vehicles, left notice. |
| 08/23/2009 @ 6:50 PM - | No answer at door, lights on inside, someone walked past the door but would not open, no vehicles, left notice. |

Further Affiant Sayeth Not,

_____
**AFFIANT**

STATE OF TEXAS }

Before me, the undersign authority, personally appeared the above named affiant, who being first duly sworn, stated that the above stated facts are true and correct, and subscribed the same before me on this ___20th___ day of ___November___, 2009.

_____
NOTARY PUBLIC



CLSS - NationWide Service Center  (NWSC)
2522 Lower Mason Creek Road
Bandera, Texas 78003

# EXHIBIT D

CAUSE NO.: **H-09-2539**

| | | |
|---|---|---|
| **BAC HOME LOANS SERVICING, LP** | § § § § | **US DISTRICT COURT** |
| **VS.** | § § § | **SOUTHERN DISTRICT** |
| **TEXAS REALTY HOLDINGS, LLC, ET AL** | § § § | **OF TEXAS** |

### AFFIDAVIT of DUE DILIGENCE

My name is DONNIE MORELAND, SCH1655. I am over the age of eighteen (18). I have never been convicted of a felony or a crime of moral turpitude. I am competent to make these statements contained in this affidavit.

I was assigned to deliver process in the above styled case and cause upon the below-named defendant at the usual place of abode:

DAMPKRING,LLC BY DELIVERING TO BRIEN WEST
7922 S. WELLINGTON COURT
HOUSTON, TX 77055

The following efforts to deliver to the defendant a true copy of the Summons, Plaintiff's Original Complaint, Jury Demand, Order for Conference And Disclosure Of Interested Parties and Civil Cover Sheet With Exhibits on the following date(s) with stated results:

| | |
|---|---|
| 08/15/2009 @ 8:19 PM - | I attempted service at 7922 S. Wellington Ct., Houston. No vehicles. Doormat says "Come back with a warrant". House is registered to Catherine A. West. When previously trying to serve Brien West I spoke to a neighbor in 7926 said Brien West lives in 7922. Under two seperate court cases I attempted to serve Brien West at both 10220 Memorial Drive, #145, Houston, TX 77055 and 7922 Wellington Court, Houston, TX 77055 and discovered that Brien West had moved from the Memorial Drive address over one year ago and the property manager did not have any forwarding information for Brien West. |
| 08/17/2009 @ 8:10 AM - | No answer at door, no vehicles, left notice. |
| 08/19/2009 @ 7:02 PM - | No answer at door, lights on inside, someone walked past the door but would not open, no vehicles, left notice. |
| 08/23/2009 @ 6:50 PM - | No answer at door, lights on inside, someone walked past the door but would not open, no vehicles, left notice. |

Further Affiant Sayeth Not,

*[signature]*
__AFFIANT__

STATE OF TEXAS }

Before me, the undersign authority, personally appeared the above named affiant, who being first duly sworn, stated that the above stated facts are true and correct, and subscribed the same before me on this ___20th___ day of __November__, 2009.

*P. Herman Stuart*
NOTARY PUBLIC



CLSS - NationWide Service Center (NWSC)
2522 Lower Mason Creek Road
Bandera, Texas 78003