UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **BAC HOME LOANS SERVICING, LP** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | Case No. 4:09-CV-2539 |
| **TEXAS REALTY HOLDINGS, LLC, et al.,** | § § § § | |
| **Defendants.** | § § § | |

**ORDER GRANTING UNOPPOSED MOTION TO ENLARGE TIME
TO SERVE DEFENDANTS WITH PROCESS**

BAC Home Loans Servicing, LP may serve defendants by January 15, 2009.


SIGNED _____, 2009.


_____
JUDGE PRESIDING