ORIGINAL

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JAN 14 2010

| | § | |
|---|---|---|
| BAC HOME LOANS SERVICING, LP | § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. H-09-2539 |
| TEXAS REALTY HOLDINGS, LLC, LANCE KERNESS; DAMPKRING, LLC; BRIEN WEST; G.P. MATHERNE; SUSAN SHEN, TERRY H. SEARS, NANCY GROVES, JENNIFER TRAN, NEW CENTURY PROPERTIES, LLC, CHARLES COWIN, NICK TRAN, and ABE MOSS. | § § § § § § § § § § | |
| Defendants. | § | |

## SUMMONS IN A CIVIL ACTION

TO:   Brien West
      10220 Memorial Drive #145
      Houston, Texas 77024

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

C. Charles Townsend
AKERMAN SENTERFITT, LLP
Plaza of the Americas, Suite S1900
600 North Pearl Street
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

CLERK OF COURT

DATE: AUG 1 0 2009

_____
Signature of Clerk or Deputy Clerk

{42700193;1}

ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. H-09-2539

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BRIEN WEST__

was received by me on *(date)* __12/22/2009__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: By Substitute Delivery to Brien West, by posting on the door of the residence at 7922 Wellington Court, Houston, Texas, per order granting unopposed motion for substitute service on January 7, 2010 @ 5:28 p.m.

My fees are $ __180.00__ for travel and $ __83.16__ for services, for a total of $ __263.16__ .

I declare under penalty of perjury that this information is true.

Date: __01/08/2010__

*Server's signature*

Marcos Lardizabal-SCH768/Private Process Server
*Printed name and title*

P.O. Box 841202
Houston, Texas 77284
*Server's address*

Additional information regarding attempted service, etc: