CHARLES TOWNSEND
SBN 24028053
AKERMAN SENTERFITT LLP
Email: charles.townsend@akerman.com
Plaza of the Americas Ste. S1900
600 N. Pearl St.
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile:  (214) 981-9339

Attorney for Defendant
BAC HOME LOANS SERVICING, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| **BAC HOME LOANS SERVICING, LP** § § **Plaintiff,** § v. § § **TEXAS REALTY HOLDINGS, LLC,** § **LANCE KERNESS; DAMPKRING, LLC;** § **BRIEN WEST; G.P. MATHERNE;** § **SUSAN SHEN, ANNIE LEE, TERRY H.** § **SEARS, NANCY GROVES, JENNIFER** § **TRAN, NEW CENTURY PROPERTIES,** § **LLC, CHARLES COWIN, and NICK** § **TRAN.** § § **Defendants.** § § | CASE NO. 4:09-CV-02539 |

## CERTIFICATE OF SERVICE AS TO LANCE KERNESS AND TEXAS REALTY HOLDINGS, LLC

I hereby certify that a true and correct copy of the Summons, Complaint, Order and Civil Cover Sheet were served by Certified Mail, Return Receipt Requested, on the 17th day of August, 2009, as follows. Copies of the receipt returns are attached hereto as **EXHIBIT A**.

Lance Kerness
P.O. Box 27740
Las Vegas, NC 89126

Texas Realty Holdings, LLC
c/o Nevada Corporate Headquarters, Inc.
101 Convention Center Drive, Ste 700
Las Vegas, NV 89109

DATED: October 15, 2009

                                              Respectfully submitted,

                                              */s/ C. Charles Townsend*
                                              C. Charles Townsend
                                              SBN: 24028053
                                              AKERMAN SENTERFITT, LLP
                                              Plaza of the Americas, Suite S1900
                                              600 North Pearl Street
                                              Dallas, Texas 75201
                                              Telephone: 214.720.4300
                                              Facsimile: 214.981.9339
                                              **ATTORNEY FOR PLAINTIFF BAC HOME LOANS SERVICING, LP**