CHARLES TOWNSEND
SBN 24028053
Email: charles.townsend@akerman.com
JOSHUA J. BENNETT
SBN 24059444
Email: joshua.bennett@akerman.com
AKERMAN SENTERFITT LLP
Plaza of the Americas Ste. S1900
600 N. Pearl St.
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile:  (214) 981-9339

Attorney for Plaintiff
BAC HOME LOANS SERVICING, LP

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **BAC HOME LOANS SERVICING, LP** § § § | | |
| **Plaintiff,** § § | | |
| v. § § § | | |
| **TEXAS REALTY HOLDINGS, LLC, LANCE KERNESS, DAMPKRING, LLC, BRIEN WEST, G.P. MATHERNE, SUSAN SHEN, ANNIE LEE, NANCY GROVES, JENNIFER TRAN, NEW CENTURY PROPERTIES, LLC, CHARLES COWIN, and NICK TRAN.** § § § § § § § § § | Case No. 4:09-CV-2539  JURY DEMAND | |
| **Defendants.** § § | | |

## CERTIFICATE OF SERVICE AS TO SUSAN SHEN

I hereby certify that on January 8, 2010, Susan Shen was served with process in this action by posting a copy of the summons, complaint, and the Court's order on the door of the residence at 2615 Parkbriar Lane, Pearland, Texas, as permitted by the court's January 6, 2010,

order. A copy of the Proof of Service, along with a copy of the order granting substitute service are attached hereto as EXHIBIT A.

Susan Shen
2615 Parkbriar Lane
Pearland, Texas  77584


Dated: January 27, 2010                                        Respectfully submitted,


      */s/  Joshua J. Bennett*
C. Charles Townsend
SBN:  24028053
AKERMAN SENTERFITT, LLP
Plaza of the Americas, Suite S1900
600 North Pearl Street
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
**ATTORNEY FOR PLAINTIFF BAC HOME LOANS SERVICING, LP**