UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAC HOME LOANS SERVICING, L.P., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-2539 |
| | § | |
| TEXAS REALTY HOLDINGS, L.L.C., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 8, 2010[1] (Dkt. 117), the court is of the opinion that the Memorandum and Recommendation be adopted by this court.

Therefore, it is ORDERED that the Memorandum and Recommendation (Dkt. 117) is hereby ADOPTED by the court. Plaintiff's motions for entry of default against defendants Texas Realty Holdings, LLC and Lance Kerness are GRANTED. Dkts. 44, 101. Plaintiff's motions for entry of default against defendants Charles Cowin and Nancy Grove are DENIED. Dkts. 51, 81.

It is so ORDERED.

Signed at Houston, Texas on June 28, 2010.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY

---

[1] None of the parties filed objections to the Memorandum and Recommendation.