UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAC HOME LOANS SERVICING, LP, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-09-2539 |
| TEXAS REALTY HOLDINGS, LLC, *et al.*, | § § § | |
| *Defendants*. | § | |

### ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendations on plaintiff's motion for preliminary injunction. Dkt. 120. In her objections, defendant Nancy Groves argues that plaintiff has adduced no evidence that it is the agent of the holders of the notes and deeds of trust at issue, and thus, a creditor under TUFTA. Dkt. 121. Therefore, plaintiff has 10 days from the date of this order to supplement the record to demonstrate that it is the agent of the holders of the notes and deeds of trust at issue, and therefore has a claim on the property.

It is so ORDERED.

Signed at Houston, Texas on August 10, 2010.

_____
Gray H. Miller
United States District Judge