**FILED**
In the Office of the
Secretary of State of Texas

APR 2 1 2009

Corporations Section

# CERTIFICATE OF AMENDMENT
## TO THE
## CERTIFICATE OF LIMITED PARTNERSHIP

Pursuant to the provisions of Section 2.02 of the Texas Revised Partnership Act, the undersigned limited partnership desires to amend its Certificate of Limited Partnership and for that purpose submits the following Certificate of Amendment:

1. The name of the limited partnership is Countrywide Home Loans Servicing LP.

2. The Certificate of Limited Partnership is amended as follows:

   The name of the limited partnership is BAC Home Loans Servicing, LP.

The Certificate of Limited Partnership shall be amended, as of April 27, 2009, to reflect the above name change.

Dated: April 21, 2009

COUNTRYWIDE HOME LOANS
SERVICING LP

By: Countrywide GP, LLC
Its: General Partner

By: _____
Jack W. Schakett
President and Chief Executive Officer

**RECEIVED**

APR 2 1 2009

**Secretary of State**

Exhibit 2-A to McKeown Aff.    1 of 1