| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LoanNumSeller | LoanNumCHL | PkgNum | City | Zip | CurrentSchBal | PIAmt | Original P&Iamt | CHLStateNum | State | AmortType | AS400Subclass | ApprslAmt | PurchaseAmt | LoanAmt | NoteRate | NoteRateAdjForLPMI |
| 2540 | | | | | | | | | | | | | | | | | |
| 2541 | | | | | | | | | | | | | | | | | |
| 2542 | | | | | | | | | | | | | | | | | |
| 2543 | | | | | | | | | | | | | | | | | |
| 2544 | | | | | | | | | | | | | | | | | |
| 2545 | | | | | | | | | | | | | | | | | |
| 2546 | | | | | | | | | | | | | | | | | |
| 2547 | | | | | | | | | | | | | | | | | |
| 2548 | | | | | | | | | | | | | | | | | |
| 2549 | | | | | | | | | | | | | | | | | |
| 2550 | | | | | | | | | | | | | | | | | |
| 2551 | | | | | | | | | | | | | | | | | |
| 2552 | | | | | | | | | | | | | | | | | |
| 2553 | | | | | | | | | | | | | | | | | |
| 2554 | | | | | | | | | | | | | | | | | |
| 2555 | | | | | | | | | | | | | | | | | |
| 2556 | | | | | | | | | | | | | | | | | |
| 2557 | | | | | | | | | | | | | | | | | |
| 2558 | | | | | | | | | | | | | | | | | |
| 2559 | | | | | | | | | | | | | | | | | |
| 2560 | | | | | | | | | | | | | | | | | |
| 2561 | | | | | | | | | | | | | | | | | |
| 2562 | | | | | | | | | | | | | | | | | |
| 2563 | | | | | | | | | | | | | | | | | |
| 2564 | | | | | | | | | | | | | | | | | |
| 2565 | | | | | | | | | | | | | | | | | |
| 2566 | | | | | | | | | | | | | | | | | |
| 2567 | | | | | | | | | | | | | | | | | |
| 2568 | 85928 | 85928 | | HOUSTON | 77006 | 663400 | 4699.08 | 4699.08 | 44 | TX | 2 | | 830000 | 829350 | 663400 | 8.5 | 8.5 |
| 2569 | | | | | | | | | | | | | | | | | |
| 2570 | | | | | | | | | | | | | | | | | |
| 2571 | | | | | | | | | | | | | | | | | |
| 2572 | | | | | | | | | | | | | | | | | |
| 2573 | | | | | | | | | | | | | | | | | |
| 2574 | | | | | | | | | | | | | | | | | |
| 2575 | | | | | | | | | | | | | | | | | |
| 2576 | | | | | | | | | | | | | | | | | |
| 2577 | | | | | | | | | | | | | | | | | |
| 2578 | | | | | | | | | | | | | | | | | |
| 2579 | | | | | | | | | | | | | | | | | |
| 2580 | | | | | | | | | | | | | | | | | |
| 2581 | | | | | | | | | | | | | | | | | |
| 2582 | | | | | | | | | | | | | | | | | |
| 2583 | | | | | | | | | | | | | | | | | |
| 2584 | | | | | | | | | | | | | | | | | |
| 2585 | | | | | | | | | | | | | | | | | |
| 2586 | | | | | | | | | | | | | | | | | |

Exhibit 2-F to McKeown Aff.

| | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LPMI | Original NoteRate | UnitsCnt | Arm Ceiling | Arm Margin | EscrowBal | EscrowPmtAmt | CensusTractNum | CountyCd | Arm InitialAdjCap | CalcLTV | CLTV | RemainingTerm | MaturityTerm | AmortTerm | PmtCurThroughDt |
| 2540 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2541 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2542 | | ■ | ■ | ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2543 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2544 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2545 | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2546 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2547 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2548 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2549 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2550 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2551 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2552 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2553 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2554 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2555 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2556 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2557 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2558 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2559 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2560 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2561 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2562 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2563 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2564 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2565 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2566 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2567 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2568 | | 8.5 | 1 | 13.5 | 2.25 | 0 | 0 | | Harris | 5 | 79.99 | 94.99 | 357 | 360 | 360 | |
| 2569 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2570 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2571 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2572 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2573 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2574 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2575 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2576 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2577 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2578 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2579 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2580 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2581 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2582 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2583 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2584 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2585 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2586 | | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

Exhibit 2-F to McKeown Aff.

Page 326 of 366
2 of 6

| 1 | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MaturityDt | FundingDtTm | MICoCd | FirstPmtDueDt | MtgDt | LenderPaidMIFlag | Arm Life Cap | Rate Adj Frequency | ARM Floor | ARM InitialRateResetDt | ARM StartRate | ARM SubseqAdjCap | ARMIndex | Occupancy | MERSIDNum | PropType |
| 2540 | | | | | | | | | | | | | | | | |
| 2541 | | | | | | | | | | | | | | | | |
| 2542 | | | | | | | | | | | | | | | | |
| 2543 | | | | | | | | | | | | | | | | |
| 2544 | | | | | | | | | | | | | | | | |
| 2545 | | | | | | | | | | | | | | | | |
| 2546 | | | | | | | | | | | | | | | | |
| 2547 | | | | | | | | | | | | | | | | |
| 2548 | | | | | | | | | | | | | | | | |
| 2549 | | | | | | | | | | | | | | | | |
| 2550 | | | | | | | | | | | | | | | | |
| 2551 | | | | | | | | | | | | | | | | |
| 2552 | | | | | | | | | | | | | | | | |
| 2553 | | | | | | | | | | | | | | | | |
| 2554 | | | | | | | | | | | | | | | | |
| 2555 | | | | | | | | | | | | | | | | |
| 2556 | | | | | | | | | | | | | | | | |
| 2557 | | | | | | | | | | | | | | | | |
| 2558 | | | | | | | | | | | | | | | | |
| 2559 | | | | | | | | | | | | | | | | |
| 2560 | | | | | | | | | | | | | | | | |
| 2561 | | | | | | | | | | | | | | | | |
| 2562 | | | | | | | | | | | | | | | | |
| 2563 | | | | | | | | | | | | | | | | |
| 2564 | | | | | | | | | | | | | | | | |
| 2565 | | | | | | | | | | | | | | | | |
| 2566 | | | | | | | | | | | | | | | | |
| 2567 | | | | | | | | | | | | | | | | |
| 2568 | 9/1/2036 | 8/8/2006 | | 10/1/2006 | 8/8/2006 | N | 5 | 6 | 2.25 | 9/1/2011 | 8.5 | 1 | 21 | 2 | | 20 |
| 2569 | | | | | | | | | | | | | | | | |
| 2570 | | | | | | | | | | | | | | | | |
| 2571 | | | | | | | | | | | | | | | | |
| 2572 | | | | | | | | | | | | | | | | |
| 2573 | | | | | | | | | | | | | | | | |
| 2574 | | | | | | | | | | | | | | | | |
| 2575 | | | | | | | | | | | | | | | | |
| 2576 | | | | | | | | | | | | | | | | |
| 2577 | | | | | | | | | | | | | | | | |
| 2578 | | | | | | | | | | | | | | | | |
| 2579 | | | | | | | | | | | | | | | | |
| 2580 | | | | | | | | | | | | | | | | |
| 2581 | | | | | | | | | | | | | | | | |
| 2582 | | | | | | | | | | | | | | | | |
| 2583 | | | | | | | | | | | | | | | | |
| 2584 | | | | | | | | | | | | | | | | |
| 2585 | | | | | | | | | | | | | | | | |
| 2586 | | | | | | | | | | | | | | | | |

| | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Documentation | Loan Group | Loan_Code | Loan_Purpose | RefiCashoutFlag | Lien Type | Credit Comeback | Payment Adj Frequency | Neg Am Percentage | ServicingRtBeforeRoll | ServicingRtAfterRoll | MasterServicingRt | TrusteeFeeRt |
| 2540 | ■ | | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2541 | | ■ | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2542 | | ■ | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2543 | ■ | | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2544 | | ■ | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2545 | | ■ | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2546 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2547 | ■ | | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2548 | ■ | | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2549 | | ■ | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2550 | ■ | | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2551 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2552 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2553 | | | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2554 | ■ | | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | | ■ | ■ |
| 2555 | | ■ | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2556 | | ■ | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2557 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | | ■ |
| 2558 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | | ■ |
| 2559 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | | ■ |
| 2560 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | | ■ |
| 2561 | | ■ | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2562 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2563 | ■ | | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2564 | | ■ | ■ | ■ | ■ | | ■ | | | ■ | | | ■ |
| 2565 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2566 | | | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | | ■ | ■ |
| 2567 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2568 | | | 2 | 1 | P | N | | 1 | | ■ | | ■ | ■ |
| 2569 | | | ■ | ■ | ■ | | ■ | | | ■ | | ■ | ■ |
| 2570 | | | ■ | ■ | ■ | | ■ | | | ■ | | ■ | ■ |
| 2571 | ■ | | ■ | ■ | ■ | | ■ | | | ■ | | ■ | ■ |
| 2572 | | | ■ | ■ | ■ | | ■ | | | ■ | | ■ | ■ |
| 2573 | ■ | | ■ | ■ | ■ | | ■ | | ■ | ■ | | ■ | ■ |
| 2574 | | | ■ | ■ | ■ | | ■ | | | ■ | | ■ | ■ |
| 2575 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2576 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2577 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2578 | ■ | | ■ | ■ | ■ | | ■ | | | ■ | | ■ | ■ |
| 2579 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2580 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2581 | ■ | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2582 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2583 | ■ | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2584 | ■ | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2585 | | | ■ | ■ | ■ | | ■ | ■ | | ■ | | ■ | ■ |
| 2586 | ■ | | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | | ■ | ■ |

| | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TotalExpenseFeeRtBeforeRoll | TotalExpenseFeeRtAfterRoll | Servicer | Originator | DTSNum | NetRate | Coupon | DiscNonDisc | ExcessServFee | TotalServFee | PassThru |
| 2540 | ■ | ■ | Countrywide Home Loans | First Bank | ■ | ■ | ■ | | | | ■ |
| 2541 | ■ | ■ | Countrywide Home Loans | Silver State Financial Services, Inc. | ■ | ■ | ■ | | | | ■ |
| 2542 | ■ | ■ | Countrywide Home Loans | Silver State Financial Services, Inc. | ■ | ■ | ■ | | | | ■ |
| 2543 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2544 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2545 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2546 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2547 | ■ | | Countrywide Home Loans | Wilmington Finance Incorporated | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2548 | ■ | | Countrywide Home Loans | Wilmington Finance Incorporated | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2549 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | | ■ | ■ | ■ |
| 2550 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | | ■ | ■ | ■ |
| 2551 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2552 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2553 | ■ | | Countrywide Home Loans | Wilmington Finance Incorporated | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2554 | ■ | ■ | Countrywide Home Loans | Wilmington Finance Incorporated | ■ | ■ | ■ | | | | ■ |
| 2555 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2556 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2557 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2558 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2559 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2560 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2561 | ■ | ■ | Countrywide Home Loans | Alliance Bancorp | ■ | ■ | ■ | | | | ■ |
| 2562 | ■ | ■ | Countrywide Home Loans | Alliance Bancorp | ■ | ■ | ■ | | | | ■ |
| 2563 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2564 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2565 | ■ | ■ | Countrywide Home Loans | Provident Savings Bank, FSB | ■ | ■ | ■ | | | | ■ |
| 2566 | ■ | ■ | Countrywide Home Loans | Opteum Financial Services, LLC | ■ | ■ | ■ | | | | ■ |
| 2567 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2568 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2569 | ■ | ■ | Countrywide Home Loans | Alliance Bancorp | ■ | ■ | ■ | | | | ■ |
| 2570 | ■ | ■ | Countrywide Home Loans | Alliance Bancorp | ■ | ■ | ■ | | | | ■ |
| 2571 | ■ | | Countrywide Home Loans | SouthStar Funding, LLC | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2572 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2573 | ■ | ■ | Countrywide Home Loans | Opteum Financial Services, LLC | ■ | ■ | ■ | | | | ■ |
| 2574 | ■ | ■ | Countrywide Home Loans | Alliance Bancorp | ■ | ■ | ■ | | | | ■ |
| 2575 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2576 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2577 | ■ | ■ | Countrywide Home Loans | Decision One Mortgage Company, LLC | ■ | ■ | ■ | | | | ■ |
| 2578 | ■ | | Countrywide Home Loans | Decision One Mortgage Company, LLC | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| 2579 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2580 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2581 | ■ | ■ | Countrywide Home Loans | Alliance Bancorp | ■ | ■ | ■ | | | | ■ |
| 2582 | ■ | ■ | Countrywide Home Loans | Alliance Bancorp | ■ | ■ | ■ | | | | ■ |
| 2583 | ■ | ■ | Countrywide Home Loans | Decision One Mortgage Company, LLC | ■ | ■ | ■ | | | | ■ |
| 2584 | ■ | ■ | Countrywide Home Loans | Decision One Mortgage Company, LLC | ■ | ■ | ■ | | | | ■ |
| 2585 | ■ | ■ | Countrywide Home Loans | Countrywide Home Loans | ■ | ■ | ■ | | | | ■ |
| 2586 | ■ | ■ | Countrywide Home Loans | Wilmington Finance Incorporated | ■ | ■ | ■ | | | | ■ |

Exhibit 2-F to McKeown Aff.

Page 329 of 366
5 of 6

| | BV | BW |
|---|---|---|
| 1 | Borrower Name | IO Term |
| 2540 | ██████████ | ██ |
| 2541 | ██████████ | ██ |
| 2542 | ██████████ | ██ |
| 2543 | ███████ | ██ |
| 2544 | ██████ | ██ |
| 2545 | █████████ | ██ |
| 2546 | ███████ | ██ |
| 2547 | ██████████ | ██ |
| 2548 | █████████ | ██ |
| 2549 | ████████ | ██ |
| 2550 | ███████ | ██ |
| 2551 | ██████ | ██ |
| 2552 | █████████ | ██ |
| 2553 | ███████ | ██ |
| 2554 | █████████ | ██ |
| 2555 | ████████ | ██ |
| 2556 | ██████ | ██ |
| 2557 | ██████████ | ██ |
| 2558 | ██████████ | ██ |
| 2559 | ██████████ | ██ |
| 2560 | █████████ | ██ |
| 2561 | ███████████ | ██ |
| 2562 | ████████ | ██ |
| 2563 | ██████████ | ██ |
| 2564 | ████████ | ██ |
| 2565 | ██████████ | ██ |
| 2566 | █████████ | ██ |
| 2567 | ███████████ | ██ |
| 2568 | PATRICIA A WRIGHT | 120 |
| 2569 | █████████ | ██ |
| 2570 | ██████████ | ██ |
| 2571 | █████████ | ██ |
| 2572 | █████████ | ██ |
| 2573 | ████████ | ██ |
| 2574 | █████████ | ██ |
| 2575 | █████████ | ██ |
| 2576 | █████████ | ██ |
| 2577 | ███████ | ██ |
| 2578 | ███████ | ██ |
| 2579 | ████████ | ██ |
| 2580 | ████████ | ██ |
| 2581 | █████████ | ██ |
| 2582 | ████████ | ██ |
| 2583 | █████████ | ██ |
| 2584 | ██████████ | ██ |
| 2585 | ████████ | ██ |
| 2586 | ████████ | ██ |

Exhibit 2-F to McKeown Aff.

Page 330 of 366
6 of 6