| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CDSERVICER | DEALNAME | LOANID | ADDPCITY | ADDPSTATE | ADDPSTREET | ADDPZIP | ARMDTFPA | ARMDTFRA | ARMDTNPA | ARMDTNRA | ARMIPAP | ARMIPERCAP | ARMIRAP | ARMLIFECAP | ARMMARGIN | ARMMAX | ARMMIN | ARMMOSNPA | ARMMOSNRA |
| 3782 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3783 | Countrywide | NewCenturyLong | 69823 | Houston | TX | 3015 Chenevert Street #14 | 77004 | 0 | 0 | 0 | 0 | 0 | 0.000 | 0 | 0.000 | 0.000 | 0.000 | 0.000 | 0 | 0 |
| 3784 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3785 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3786 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3787 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3788 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3789 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3790 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3791 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3792 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3793 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3794 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3795 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3796 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3797 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3798 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3799 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3800 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3801 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3802 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3803 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3804 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3805 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3806 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3807 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3808 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3809 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3810 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3811 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3812 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3813 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3814 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3815 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3816 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3817 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3818 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3819 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3820 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3821 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3822 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3823 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3824 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3825 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3826 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3827 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3828 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3829 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3830 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3831 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3832 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3833 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3834 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |
| 3835 | Countrywide | NewCenturyLong | | | | | | | | | | | | | | | | | | |

Exhibit 2-G to McKeown Aff.

| 1 | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM | AN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ARMPAP | ARMPERCAP | ARMRAP | BALAPPRORIG | BALCURR | BALACT | BALORIG | BALPROPVAL | BALSALEPRIC | BALSENIOR | BALJUNIOR | BORPNAME | CDADJTYPE | CDBALLOON | CDDOCTYPE | CDINDEX | CDLIEN | CDOCCUP | CDPREPAY | CDPREPAYFLAG |
| 3782 | | | | | | | | | | | | | | | | | | | | |
| 3783 | 0 | 0.000 | 0 | 192,000.00 | 153,109.54 | 153,294.50 | 153,386.00 | 191,733.00 | 191,733.00 | - | 38,346.00 | Tanya Willis-Pomares | FR | N | FULL | FR | 1 | P | 36 IP 4.8 | Y |

Exhibit 2-G to McKeown Aff.

Page 282 of 512
2 of 4

| | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP_TERM | CDPRODUCT | CDPROPERTY | CDPURPOSE | CDSECTION32 | DATECUTOFF | DATEFPAY | DATEORIG | DATEMAT | DATENEXTDUE | DATEPDTH | DATEPDTHPURCH | DATEPURCHASE | DTIBACK | GRADE | LTVCURR | LTVORIG | PMTPNICURR | PMTPNIORIG | RTCURR | RTORIG | SCOREFICO | TERMAMORT |
| 3782 | | | | | | | | | | | | | | | | | | | | | | | |
| 3783 | 36 | F30 | CO | P | N | 20061101 | 20060901 | 20060713 | 20360801 | | | | 20060825 | | | 79.86 | 80.00 | 1,187.57 | 1,187.57 | 8.575 | 8.575 | | 360 |

(rows 3784–3835: redacted)

Exhibit 2-G to McKeown Aff.

| | BL | BM | BN | BO | BP | BQ | BR | BS |
|---|---|---|---|---|---|---|---|---|
| 1 | TERMCALCREM | TERMIO | TERMORIG | TERMSEASON | TERMSTDREM | UNITS | CUSTODIAN | GROUP |
| 3782 | | | | | | | | |
| 3783 | 357 | 0 | 360 | 3 | 357 | 1 | BT | 2 |
| 3784 | | | | | | | | |
| 3785 | | | | | | | | |
| 3786 | | | | | | | | |
| 3787 | | | | | | | | |
| 3788 | | | | | | | | |
| 3789 | | | | | | | | |
| 3790 | | | | | | | | |
| 3791 | | | | | | | | |
| 3792 | | | | | | | | |
| 3793 | | | | | | | | |
| 3794 | | | | | | | | |
| 3795 | | | | | | | | |
| 3796 | | | | | | | | |
| 3797 | | | | | | | | |
| 3798 | | | | | | | | |
| 3799 | | | | | | | | |
| 3800 | | | | | | | | |
| 3801 | | | | | | | | |
| 3802 | | | | | | | | |
| 3803 | | | | | | | | |
| 3804 | | | | | | | | |
| 3805 | | | | | | | | |
| 3806 | | | | | | | | |
| 3807 | | | | | | | | |
| 3808 | | | | | | | | |
| 3809 | | | | | | | | |
| 3810 | | | | | | | | |
| 3811 | | | | | | | | |
| 3812 | | | | | | | | |
| 3813 | | | | | | | | |
| 3814 | | | | | | | | |
| 3815 | | | | | | | | |
| 3816 | | | | | | | | |
| 3817 | | | | | | | | |
| 3818 | | | | | | | | |
| 3819 | | | | | | | | |
| 3820 | | | | | | | | |
| 3821 | | | | | | | | |
| 3822 | | | | | | | | |
| 3823 | | | | | | | | |
| 3824 | | | | | | | | |
| 3825 | | | | | | | | |
| 3826 | | | | | | | | |
| 3827 | | | | | | | | |
| 3828 | | | | | | | | |
| 3829 | | | | | | | | |
| 3830 | | | | | | | | |
| 3831 | | | | | | | | |
| 3832 | | | | | | | | |
| 3833 | | | | | | | | |
| 3834 | | | | | | | | |
| 3835 | | | | | | | | |

Exhibit 2-G to McKeown Aff.

Page 284 of 512
4 of 4